**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-6539**

—————————

T. TERELL BRYAN, a/k/a Terence Bryan, a/k/a Terence Terell
Bryan,

             Plaintiff - Appellant,

      v.

D. TATARSKY; OFC BUEHLER; IGC COCCIOLONE; MR. NAJJAR; ASST
WARDEN CLAYTOR; WARDEN MCCALL; M. CAROLINA LINDSEY; JAMES
SIMMONS, III,

             Defendants – Appellees,

      and

SCDC; IGC,

             Defendants.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Terry L. Wooten, District Judge.
(1:08-cv-03556-TLW)

—————————

Submitted: September 29, 2011      Decided: October 5, 2011

—————————

Before KING, GREGORY, and DUNCAN, Circuit Judges.

—————————

Affirmed in unpublished per curiam opinion.

—————————

T. Terell Bryan, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Terell Bryan appeals the district court's order adopting the magistrate judge's report and recommendation and granting Appellees' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bryan v. Tatarsky, No. 1:08-cv-03556-TLW (D.S.C. Feb. 3, 2011). We also deny Bryan's pending motion to produce. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED